# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**ANTHONEY STEWART**
DOB:

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 11, 2005__ in __Washington, D.C.__ county, in the __United States__ District of __Columbia__ defendant(s) did,

See attached affidavit

In violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(A)(iii)__.

I further state that I am __Steve Manley, Officer with the Metropolitan Police Department__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant

AUSA, Emory V. Cole   (202) 616-3389

Steve Manley, Officer

Sworn to before me and subscribed in my presence,

Metropolitan Police Department

at __Washington, D.C.__

Date                                City and State

Name & Title of Judicial Officer            Signature of Judicial Officer