## Affidavit In Support Of A Arrest Warrant

On September 12, 2005, the affiant placed a recorded phone to male subject identified as Anthoney Stewart to arrange a meeting for the purchase of an eighth of a kilogram of cocaine base. Stewart agreed to meet the affiant at Georgia Avenue and Piney Branch Road, N.W., Washington, D.C.

At approximately 1852 hours, the affiant arrived at the designated location in an undercover vehicle. Shortly after the affiant's arrival, Stewart approached the passenger side of the undercover vehicle and reached into the breast pocket of his shirt, removing a white paper towel. Stewart handed the affiant the white paper towel which contained a quantity of hard rock like substance. In exchange for the white paper towel with the hard rock like substance the affiant handed Stewart $3,600 in MPDC funds. Stewart then left the area in his vehicle.

The affiant conducted a preliminary field test on the rock like substance which yielded a positive reaction for cocaine base. The rock like substance weighed approximately 128.5 grams.

As a result of a prior sale to the affiant, on April 19, 2005, with the assistance of the Montgomery County Maryland Police Department the affiant positively identified Anthoney Stewart as the person who sold the affiant cocaine on September 12, 2005. The Montgomery County Police went to the door of a residence where the individual who sold the drugs was seen entering by a Metropolitan Police Department officer. The Montgomery County Police asked the male who answered the door for his license and recorded the information thereon. Thereafter a copy of the license was obtained from the Maryland Motor Vehicle Administration and the affiant viewed the identification photograph on that copy positively identifying Anthoney Stewart, date of birth _ , as the person who sold the affiant drugs on that prior occasion. Mr. Stewart is the same person who sold the affiant 128.5 grams of cocaine base on September 12, 2005.

The affiant believes that there is probable cause to believe that Anthoney Stewart distributed cocaine base, also known as crack cocaine, respectfully requests that a United States District Court Arrest Warrant be issued for Anthoney Stewart charging a violation of Title 21 United States Code, sections 841(a)(1) and 841(b)(1)(A)(iii).

_____
Steve Manley
Metropolitan Police Department
Major Narcotics Branch

Subscribed and sworn before me this ___JAN 1 3 2006___ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE